ORIGINAL

ORDERED SEALED BY COURT

unsealed 06-17-08

08 JUN

11:37

BY:

DEPUTY

1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              )    Magistrate Case No.'08 MJ 1855
                                             )
12                   Plaintiff,              )
                                             )
13           v.                              )    APPLICATION AND ORDER
                                             )    SEALING COMPLAINT, STATEMENT
14    RAFAEL SANTIAGO (1),                    )    OF FACTS, AND ARREST WARRANTS
      ABNER BETECH (2),                       )
15    SAID BETECH (3),                        )
      AVIVA BETECH (4),                       )
16    ANGEL ARMENDARIZ (5),                   )    UNDER SEAL
      LUCETTE MONTANE (6),                    )
17                                           )
                     Defendants.             )
18                                           )
                                             )
19    _____  )

20           COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

21    KAREN P. HEWITT, United States Attorney, and Christopher Alexander, Assistant United States

22    Attorney, and hereby moves this Court to seal the complaint, statement of facts, and arrest warrants

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28

1  in connection with the above-referenced criminal case because the named defendants are unaware of

2  the existence of the underlying investigation and have not yet been arrested.

3  DATED:    6/13/08    .

4                                                    Respectfully submitted,

5                                                    KAREN P. HEWITT
                                                    United States Attorney

6

7                                                    _____
                                                    Assistant U.S. Attorney

8

9          IT IS ORDERED that the complaint, statement of facts, and arrest warrants in connection

10  with the above-referenced case and this application and Order be sealed until further order of the

11  Court.

12  DATED:    6-13-08    .

13

14                                                    HONORABLE PETER C. LEWIS
                                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28