AO 442

**ORDERED SEALED BY COURT**
**NOT FOR PUBLIC VIEW**

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

#1525992 D

2008 JUL -8 AM 8:43

UNITED STATES OF AMERICA
V.
RAFAEL SANTIAGO (1)

**WARRANT FOR ARREST**

BY ___RM___ DEPUTY

CASE NUMBER: '08 MJ 1 8 5 5

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RAFAEL SANTIAGO

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Wire Fraud and Aiding and Abetting

DATE 06/25/2008
ARRESTED BY FBI - Los Angeles
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Cesar O. Martin

2008 JUN 16 P 4:12 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ___18___ United States Code, § 1343

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Deputy

6-13-08 @ San Diego, CA
Date and Location

Bail fixed at $ _no bail pending first appearance_   by _[signature]_
PETER C. LEWIS
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II's          FBI          2602