1    EUGENE G. IREDALE, ESQ. (SBN: 75292)
     LAW OFFICES OF EUGENE G. IREDALE
2    105 West "F" Street, 4th Floor
     San Diego, California  92101-6036
3    TEL: (619) 233-1525  FAX: (619) 233-3221

4    Attorney for defendant
     RAFAEL SANTIAGO

5

6

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA
9              IN AND FOR THE COUNTY OF SAN DIEGO

10   UNITED STATES OF AMERICA          )    Case No.: 08-CR-2387-W
                                       )
11              Plaintiff,             )
                                       )
12   v.                                )    SUBSTITUTION OF COUNSEL
                                       )
13   RAFAEL SANTIAGO                   )
                                       )
14              Defendant              )
                                       )
15                                     )
                                       )
16   _____)

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

                                             **08-CR-2387-W**

**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              CT              DEPUTY

TO:   **THE CLERK OF THE COURT, UNITED STATES ATTORNEY KAREN P. HEWITT AND ASSISTANT UNITED STATES ATTORNEY CHRISTOPHER M. ALEXANDER**

Defendant Rafael Santiago, by and through his attorney Eugene G. Iredale, hereby substitutes Eugene G. Iredale as his counsel of record in the above-captioned case.

DATED: August 14, 2008                    Respectfully submitted,

RAFAEL SANTIAGO
Defendant

I accept the substitution as stated above.

DATED August 14, 2008                   **LAW OFFICES OF EUGENE G. IREDALE**

/s/ Eugene G. Iredale
Eugene G. Iredale
Attorney for defendant
RAFAEL SANTIAGO

I consent to the substitution as stated above.

DATED: August 11, 2008                   **LAW OFFICES OF JOHN H. FEINER**

John H. Feiner
California SBN 89201

IT IS SO ORDERED.
DATED 8/14/08

UNITED STATES DISTRICT JUDGE

-2-                                         08-CR-2387-W